BURTON K. BARRS, PLAINTIFF IN ERROR, vs. MARY A. DE-PRATTER, AS ADMINISTRATRIX OF THE ESTATE OF MARI-ANNA DePRATTER, DECEASED, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Volusia county.

*H. B. Philips*, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed because no properly certified transcript of the record has been filed.

---

SOUTH FLORIDA RAILWAY COMPANY A CORPORATION UNDER THE LAWS OF THE STATE OF FLORIDA, PLAINTIFF IN ER-ROR, vs. SCOTT F. WICKWIRE, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Hillsborough county.

*Sparkman & Sparkman*, for Plaintiff in Error.

*William Hunter*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed because no properly certified transcript of the record has been filed.